■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PERRY, Appellant. [773 NYS2d 283]—Judgment, Supreme Court, New York County (Ira Beal, J.), rendered May 22, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal sale of a con-

trolled substance in or near school grounds, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

The court properly denied defendant's application pursuant to *Batson v Kentucky* (476 US 79 [1986]). The record supports the court's finding that the nondiscriminatory reason provided by the prosecutor for the challenge in question was not pretextual. This finding is entitled to great deference (*see People v Hernandez*, 75 NY2d 350 [1990], *affd* 500 US 352 [1991]), and we do not find any disparate treatment by the prosecutor of similarly situated panelists. Concur—Buckley, P.J., Tom, Sullivan, Ellerin and Williams, JJ.